# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____

Ctucker@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/18/2021
```

January 18, 2021



**VIA ECF**  
Valerie Caproni  
United States District Judge  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

      Re:    <u>Castillo Rosario et al v. Lovely Twins Wines & Liquors Inc. et al</u>  
             CASE #: 1:20-cv-07941-VEC

Your Honor:

    We represent Plaintiff in the above-named action. We respectfully request an extension of time to file a default judgment motion against the defendants in this action to assemble all necessary paperwork and continue attempting to contact defendants in this matter. The original time to file the motion is January 21, 2021. Dkt. No. 17. There have been no previous requests for adjournment. Defendants are in default. Consequently, there is no objection to an extension. We respectfully request that the time to move for default be extended by 45 days to March 8, 2021.

    We thank the Court for the time and attention to this matter.

Respectfully submitted,

By: ____*/s/ Clifford Tucker*____  
Clifford Tucker

---

Plaintiff must move for an order to show cause why default judgment should not be entered against all four Defendants, in accordance with this Court's Individual Practices, by no later than **Friday, March 5, 2021**. Absent extraordinary circumstances, the Court is unlikely to grant any further extensions.

The Court reminds Plaintiff that if he enters into negotiations with any of Defendants, counsel must inform the Court promptly, or if the parties have reached a settlement agreement, they must submit the agreement for approval in accordance with *Cheeks v. Pancake House*, 796 F.3d 199 (2d Cir. 2017).

SO ORDERED.

*[signature: Valerie Caproni]*    Date: January 18, 2021

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE