UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
JOHN CARLOS CASTILLO ROSARIO,
individually and on behalf of others similarly
situated,

                                  Plaintiff

-against-

LOVELY TWINS WINES & LIQUORS INC.
(D/B/A LOVELY TWINS), WACAL SOTO,
DANILO CABRERA, and WASCAR SOTO,

                                 Defendants.
-----------------------------------------------------------------X

**1:20-cv-07941-VEC**

**DEFAULT JUDGMENT**

## **DEFAULT JUDGMENT**

      On September 25, 2020, this action was commenced by Plaintiff's filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants LOVELY TWINS WINES & LIQUORS INC. (D/B/A LOVELY TWINS), WACAL SOTO, DANILO CABRERA, and WASCAR SOTO, and said Defendants having failed to pled or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

      NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

      That the Plaintiff have judgment jointly and severally against Defendants LOVELY TWINS WINES & LIQUORS INC. (D/B/A LOVELY TWINS), WACAL SOTO, DANILO CABRERA, and WASCAR SOTO, in the amount of $213,449.50, including compensatory damages and permissible liquidated damages and prejudgment interest, plus post judgment interest as provided in 28 U.S.C. § 1961(a).

- 2 -

That the Plaintiff are awarded attorneys' fees and costs in the amount of $ 4,110.00.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of default judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: _____

                                                       _____
                                                       VALERIE E. CAPRONI
                                                       UNITED STATES DISTRICT JUDGE

To:

Lovely Twins Wines & Liquors Inc.
(d/b/a Lovely Twins)
3826 Third Ave.
Bronx, New York 10457

Wacal Soto
3826 Third Ave.
Bronx, New York 10457

Danilo Cabrera
3826 Third Ave.
Bronx, New York 10457

Wascar Soto
3826 Third Ave.
Bronx, New York 10457