USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
JOHN CARLOS CASTILLO ROSARIO,                :
                             Plaintiff,    :
:   20-CV-7941 (VEC)
         -against-                :
:   ORDER
:
LOVELY TWINS WINES & LIQUORS INC.,       :
WACAL SOTO, DANILO CABRERA, WASCAR   :
SOTO                                                                :
                           Defendants.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 25, 2020, Plaintiff filed a Complaint against Defendants, Dkt. 1;

       WHEREAS Defendants have not answered the Complaint in the time allotted;

       WHEREAS on March 15, 2021, the Court ordered Defendants to show cause why default judgments should not be entered against them, Dkt. 35;

       WHEREAS on March 26, 2021, the Court held a show cause hearing;

       WHEREAS Plaintiff appeared at the hearing through counsel;

       WHEREAS Defendant Danilo Cabrera appeared *pro se*; and

       WHEREAS Mr. Cabrera requested additional time to secure an attorney;

       IT IS HEREBY ORDERED that a conference in this matter is scheduled for **Friday, April 30, 2021, at 2:00 P.M.**  By no later than **Thursday, April 22, 2021**, the parties must file a joint status update with the Court.  All parties and any interested members of the public must attend the conference by dialing 1-888-363-4749, using the access code 3121171, and the security code 7941.  All attendees are advised to mute their phones when not speaking and to

self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

    IT IS FURTHER ORDERED that as soon as Mr. Cabrera secures representation, his attorney should file a notice of appearance on the docket.  The Court will then refer this matter to the Court-annexed mediation program to facilitate settlement discussions before a neutral third party.

    IT IS FURTHER ORDERED that if the parties reach a settlement agreement, they must submit the agreement for Court approval in accordance with *Cheeks v. Pancake House*, 796 F.3d 199 (2d Cir. 2017).

**SO ORDERED.**

Date:  **March 26, 2021**  
       **New York, NY**

_____  
**VALERIE CAPRONI**  
**United States District Judge**