USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN CARLOS CASTILLO                          :
ROSARIO, *et al.*,                            :
                                              :
                     Plaintiffs,              :
                                              :        **ORDER**
              -v-                             :        20-CV-7941 (VEC) (JLC)
                                              :
LOVELY TWINS WINES &                          :
LIQUORS., INC., *et al.*,                     :
                                              :
                     Defendants.              :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court has reviewed Plaintiffs' counsel's May 5, 2022 letter (Dkt. No. 61).

It will reserve judgment on the request to withdraw as attorneys until after the

status conference on May 26, 2022, which will proceed as scheduled.

Further, Plaintiffs' counsel is hereby directed to submit a sworn declaration

by **May 13, 2022** in which they detail each attempt undertaken to reach their

client. The list shall specify with precision the date of each attempted contact, the

means used, and any other relevant information.


        **SO ORDERED.**

Dated: May 6, 2022
        New York, New York

                                              _____
                                              JAMES L. COTT
                                              United States Magistrate Judge