USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOHN CARLOS CASTILLO ROSARIO, *et al.*,

                Plaintiffs,

-v-

LOVELY TWINS WINES & LIQUORS., INC., *et al.*,

                Defendants.

-------------------------------------------------------------X

**ORDER**
20-CV-7941 (VEC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a telephone conference today at which the Court ruled as follows:

1. Counsel for Plaintiff's request to withdraw as counsel (Dkt. No. 61) is granted, with the stipulation that Plaintiff's counsel must first serve this Order on Mr. Castillo Rosario at the two addresses counsel has on file for him. Proof of service of this Order must be docketed by **June 2, 2022**.

2. Mr. Castillo Rosario is ordered to submit a letter to the Court by **June 27, 2022**, indicating whether he plans to continue with this case (or alternatively have a new lawyer file a notice of appearance on his behalf by that date). The letter may be addressed to:

    The Honorable James L. Cott
    United States District Court, Southern District of New York
    500 Pearl Street
    New York, NY 10007

If Plaintiff fails to send a letter to notify the Court of his desire to continue with the case by that date, I will recommend to Judge Caproni that the case be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: May 26, 2022
        New York, New York

_____
JAMES L. COTT
United States Magistrate Judge